STATE OF NEW JERSEY v. HAROLD HAMMOND.

October 5, 1971. Petition for Certification denied.

IN THE MATTER OF THE PROBATE OF THE ALLEGED WILL OF FREDERICK W. PFISTER, DECEASED.

October 5, 1971. Petition for Certification denied.

PATERSON REDEVELOPMENT AGENCY, *ETC.* v. JAMES G. VASILE, *ET AL.*

October 5, 1971. Petition for Certification denied.

STATE OF NEW JERSEY v. EDWARD BROOME.

October 5, 1971. Petition for Certification denied.

STATE OF NEW JERSEY v. WALTER BROWN.

October 5, 1971. Petition for Certification denied.

STATE OF NEW JERSEY v. JOSEPH HICKMAN.

October 5, 1971. Petitions for Certification denied.